STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
WILLIAM MONKS, DEFENDANT-PETITIONER.

*Mr. Richard Heller* for the petitioner.

*Mr. John G. Thevos and Mr. Archibald Kreiger* for the
respondent.

May 28, 1968. Denied.

JAMES P. BOWLER, PLAINTIFF-PETITIONER, v. FIDELITY
& CASUALTY COMPANY OF NEW YORK, DEFENDANT-
RESPONDENT.

See same case below: 99 *N. J. Super.* 184.

*Mr. Robert C. Gruhin* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Stan-
ley G. Bedford* for the respondent.

May 28, 1968. Granted.

EUGENE BENEDUCE, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. KRAWIN, INC., DEFENDANTS-RESPONDENTS.

*Mr. Eugene J. Beneduce in proper persona.*

*Mr. Charles Handler* for the respondents.

May 28, 1968. Denied.